UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

UNIVERSITY OF KANSAS HOSPITAL
AUTHORITY,

      *Plaintiff*,

      v.

CVS HEALTH CORPORATION;
CAREMARKPCS HEALTH, LLC;
CAREMARK, LLC; CVS SPECIALTY, INC.;
WELLPARTNER, LLC; and JOHN DOES 1-15,

      *Defendants*.

Case No. 2:26-cv-02292

---

**JOINT STIPULATION
TO AMEND CAPTION AND COMPLAINT**

Pursuant to Rules 15, 21, and 41 of the Federal Rules of Civil Procedure, Plaintiff the University of Kansas Hospital Authority ("Plaintiff") and Defendants CVS Health Corp., CaremarkPCS Health, LLC, Caremark, L.L.C., CVS Specialty, Inc., Wellpartner, LLC, and John Does 1-15 (collectively, "Defendants"), through their undersigned counsel, hereby agree and stipulate to the following:

WHEREAS, on May 18, 2026, Plaintiff filed a Complaint in this action asserting various claims against Defendants, including CVS Specialty, Inc.;

WHEREAS, on May 29, 2026, Plaintiff filed its Amended Complaint, which also asserts various claims against Defendants, including CVS Specialty, Inc.;

WHEREAS, Defendants' undersigned counsel has represented to Plaintiff's undersigned counsel that there is no legal entity called "CVS Specialty, Inc."; and

WHEREAS, the Federal Rules of Civil Procedure provide that a "party may amend its pleading . . . with the opposing party's written consent," Fed. R. Civ. P. 15(a)(2), that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party," Fed. R. Civ. P. 21,

and that a plaintiff "may dismiss an action" against a defendant by notice or stipulation, Fed. R. Civ. P. 41(a)(1).

NOW, THEREFORE, the Parties hereby AGREE and STIPULATE to the following:

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff hereby dismisses, without prejudice, all claims against Defendant CVS Specialty, Inc., with each party to bear its own fees and costs.

2.      There is no legal entity named CVS Specialty, Inc.  "CVS Specialty" is a trade name under which the legal entity Caremark, L.L.C., including its subsidiaries/affiliates, provides specialty pharmacy services.

3.      All references in the Complaint and Amended Complaint to "CVS Specialty, Inc." shall be construed as references to Caremark, L.L.C.

4.      The caption shall be amended to delete the reference to "CVS Specialty, Inc." and instead read:

| | |
|---|---|
| UNIVERSITY OF KANSAS HOSPITAL AUTHORITY,<br><br>        *Plaintiff*,<br><br>     v.<br><br>CVS HEALTH CORPORATION; CAREMARKPCS HEALTH, LLC; CAREMARK, L.L.C.; WELLPARTNER, LLC; and JOHN DOES 1-15,<br><br>        *Defendants*. | Case No. 2:26-cv-2292 |

5.      This stipulation is intended to accomplish efficiently the above corrections to the caption and allegations referencing CVS Specialty, Inc.  Nothing contained herein shall constitute an admission of liability by any Defendant, and Defendants expressly reserve any and all defenses available to them (including the defenses of lack of personal jurisdiction and insufficient service

of process).  Likewise, nothing in this stipulation shall be construed as affecting the merits of Plaintiff's legal claims.

6.      For purposes of this action only, Caremark, L.L.C. agrees that documents within the possession, custody, or control of an entity operating under the trade name "CVS Specialty" are within the possession, custody or control of Caremark, L.L.C.

The Parties hereby request that the Court enter the Proposed Order submitted to chambers this same day.

Dated: July 7, 2026

/s/ Todd Mizeski

Bruce A. Moothart (KSD No. 17263)
Mark M. Haddad (KSD No. 23466)

SEYFERTH BLUMENTHAL &
HARRIS, LLC
4801 Main Street, Suite 310
Kansas City, MO 64112
Telephone: (816) 285-0554
Facsimile: (816) 756-3700
bruce@sbhlaw.com
markh@sbhlaw.com

Todd Mizeski (Admitted Pro Hac Vice)
Matthew Modafferi (Admitted Pro Hac Vice)

FRIER & LEVITT, LLC
84 Bloomfield Avenue
Pine Brook, NJ 07058
Telephone: (973) 618-1660
Facsimile: (973) 618-0650
tmizeski@FrierLevitt.com
mmodafferi@frierlevitt.com

*Attorneys for Plaintiff*

Respectfully submitted,

/s/ Cailynn Danielle Hayter

Harley Ratliff (KSD No. 79155)
Cailynn Danielle Hayter (KSD No. 79099)

SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
hratliff@shb.com
chayter@shb.com

Enu Mainigi (*pro hac vice forthcoming*)
Grant A. Geyerman (*pro hac vice forthcoming*)
Joseph S. Sandoval-Bushur (*pro hac vice forthcoming*)

WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com
ggeyerman@wc.com
jsandoval-bushur@wc.com

*Attorneys for Defendants*