**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNIVERSITY OF KANSAS HOSPITAL AUTHORITY, <br><br> *Plaintiff*, <br><br> v. <br><br> CVS HEALTH CORPORATION; CAREMARKPCS HEALTH, LLC; CAREMARK, L.L.C.; WELLPARTNER, LLC; and JOHN DOES 1-15, <br><br> *Defendants*. | Case No. 2:26-cv-2292-KHV-BGS |

## DEFENDANTS' MOTION TO DISMISS

Defendants CVS Health Corporation, CaremarkPCS Health, LLC, Caremark, LLC, and Wellpartner, LLC (collectively "Defendants") respectfully move the Court under Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6) to dismiss Plaintiff's Second Amended Complaint with prejudice. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: July 30, 2026

Respectfully submitted,

/s/ *Cailynn Danielle Hayter*
Harley Ratliff (KSD No. 79155)
Cailynn Danielle Hayter (KSD No. 79099)

SHOOK HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
chayter@shb.com

Enu Mainigi (*pro hac vice*)
Grant A. Geyerman (*pro hac vice*)
Joseph S. Sandoval-Bushur (*pro hac vice*)

WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024

2

Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com
ggeyerman@wc.com
jsandoval-bushur@wc.com

*Attorneys for Defendants CVS Health Corp.,*
*CaremarkPCS Health, LLC, Caremark, LLC,*
*and Wellpartner, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2026, a true and correct copy of the foregoing document was filed electronically through the ECF system and counsel of record received notification via ECF.

Dated: July 30, 2026                                    Respectfully submitted,

                                                        /s/ *Cailynn Danielle Hayter*